JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. P., | CASE NO. CV 23-838-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for reconsideration of the medical evidence on the issue of full time work.

DATED: January 31, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge