```
 1  LELAND LAW CORP.
    7200 Greenleaf Avenue, Suite 170A
 2  Whittier, CA 90602
 3  Telephone: (562) 904-6955
    Facsimile:  (562) 632-1301
 4  MOSELLE C. LELAND BOHORQUEZ [CSBN: 268272]
 5  E-mail: tracey@disabilitylawfirm.com
            Attorneys for Plaintiff
 6  BILAL A. ESSAYLI
 7  United States Attorney
    DAVID M. HARRIS
 8  Assistant United States Attorney
    Chief, Civil Division
 9  CEDINA M. KIM
10  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
11
    JAMES KI
12  Special Assistant United States Attorney
13          6401 Security Blvd.
            Baltimore, MD 21235
14          Telephone:  (212) 264-2435
15          Facsimile: (415) 744-0134
            Email:  james.ki@ssa.gov
16          Attorneys for Defendant
17
18                  UNITED STATES DISTRICT COURT
19                 CENTRAL DISTRICT OF CALIFORNIA
20
21  JEFFREY A. P.,               ) Case No. 2:23-cv-00838-AGR
         Plaintiff,              )
22                               ) [PROPOSED] ORDER AWARDING
              v.                 ) EQUAL ACCESS TO JUSTICE ACT
23                               ) ATTORNEY FEES PURSUANT TO
    Commissioner of Social Security, ) 28 U.S.C. § 2412(d)
24                               )
25       Defendant.              )
                                 )
26
27
28
```

1 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of NINE THOUSAND SIX HUNDRED and EIGHTY DOLLARS 99cents [$9,680.99], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: August 22, 2025

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE